IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARY SAENZ, an individual,**

    **Plaintiff,**

v.   No. 2:21-cv-00687-MIS-KRS

**CITY OF LOVINGTON, a New Mexico municipality and political subdivision of the State of New Mexico; CEASAR JUAREZ, in his official and individual capacity; and MILES CROUCH, in his official and individual capacity,**

    **Defendants.**

## STIPULATED ORDER EXTENDING DEADLINES AND VACATING THE JUNE 22, 2022 SETTLEMENT CONFERENCE

This matter came before the Court on the parties' Joint Motion to Extend Deadlines and Vacate and Reset the June 22, 2022 Settlement Conference. The Court, having reviewed said motion, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that the discovery, discovery motions, and dispositive motions deadlines are hereby extended by ninety (90) days as follows:

| | |
|---|---|
| Termination of Discovery: | September 1, 2022 |
| Motions Related to Discovery: | September 20, 2022 |
| Dispositive Motions: | October 3, 2022 |

The pretrial order deadlines will be reset by separate order.

IT IS FURTHER ORDERED that the June 22, 2022 settlement conference and all associated deadlines are vacated.  The Court will set a status conference at a later date to reset the settlement conference.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

APPROVED:

ZEBAS LAW FIRM, PLLC

By  **Electronically Approved on 05/03/22 /s/ Joseph M. Zebas**
    Joseph M. Zebas
    P.O. Box 1675
    Hobbs, NM 88241-1675
    (575) 393-1024
*Attorney for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By  **Electronically Submitted on 05/03/22 /s/ Bryan Evans**
    Bryan Evans
    Alyssa D. Rogers
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendants*