UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**MARY SAENZ, an individual,**

    **Plaintiff,**

v.                                          No. 2:21-cv-00687-MIS-KRS

**CITY OF LOVINGTON, a New Mexico municipality and political subdivision of the State of New Mexico; CEASAR JUAREZ, in his official and individual capacity; and MILES CROUCH, in his official and individual capacity,**

    **Defendants.**

## STIPULATED ORDER EXTENDING DISCOVERY DEADLINE AND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

This matter came before the Court on the parties' Joint Motion to Extend Discovery Deadline and Discovery and Dispositive Motions Deadlines. The Court, having reviewed said motion, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the discovery deadline is hereby extended up to and including December 15, 2022, the deadline for filing discovery motions up to and including December 29, 2022 and the deadline for filing dispositive motions up to and including January 17, 2023.

IT IS SO ORDERED.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

APPROVED:

ZEBAS LAW FIRM, PLLC


By  **Electronically Approved on 07/07/22 /s/ Joseph M. Zebas**
      Joseph M. Zebas
      P.O. Box 1675
      Hobbs, NM 88241-1675
      (575) 393-1024
*Attorney for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By  **Electronically Submitted on 07/08/22 /s/ Bryan Evans**
      Bryan Evans
      Alyssa D. Rogers
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendants*