UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**MARY SAENZ, an individual,**

    **Plaintiff,**

v.                                              No. 2:21-cv-00687-MIS-KRS

**CITY OF LOVINGTON, a New Mexico municipality and political subdivision of the State of New Mexico; CEASAR JUAREZ, in his official and individual capacity; and MILES CROUCH, in his official and individual capacity,**

    **Defendants.**

## STIPULATED ORDER EXTENDING PRE-TRIAL ORDER DEADLINES

This matter came before the Court on the parties' Joint Motion for Extension of Pre-Trial Order Deadlines. The Court, having reviewed said motion, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Pre-Trial Order deadlines are hereby extended until 60 days prior to the trial setting.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

APPROVED:

ZEBAS LAW FIRM, PLLC

By **Electronically Approved on 09/06/22 /s/ Joseph M. Zebas**
    Joseph M. Zebas
    P.O. Box 1675
    Hobbs, NM 88241-1675
    (575) 393-1024
*Attorneys for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Submitted on 09/06/22 /s/ Bryan Evans**
    Bryan Evans
    Alyssa D. Rogers
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendants*