IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARY SAENZ, an individual,**

      Plaintiff,

v.                                              No. 2:21-cv-00687-MIS-KRS

**CITY OF LOVINGTON, a New Mexico municipality and political subdivision of the State of New Mexico; CEASAR JUAREZ, in his official and individual capacity; and MILES CROUCH, in his official and individual capacity,**

      Defendants.

## STIPULATED ORDER EXTENDING DEADLINES AND VACATING THE JANUARY 10, 2023 SETTLEMENT CONFERENCE

This matter is before the Court on the parties' Joint Motion to Extend Deadlines and Vacate and Reset the January 10, 2023 Settlement Conference, (Doc. 61). The Court, having reviewed said motion, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that the discovery, discovery motions, and dispositive motions deadline are hereby extended by ninety (90) days as follows:

| | |
|---|---|
| Termination of Discovery: | February 13, 2023; |
| Motions Related to Discovery: | February 27, 2023; |
| Dispositive Motions: | March 20, 2023. |

IT IS FURTHER ORDERED that the January 10, 2023 settlement conference is vacated. The Court will reset the settlement conference at the telephonic status conference set for December 16, 2022 at 2:00 p.m. *See* (Doc. 56).

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

APPROVED:

ZEBAS LAW FIRM, PLLC

By **  Electronically Approved on 11/18/22 /s/ Joseph M. Zebas**
      Joseph M. Zebas
      P.O. Box 1675
      Hobbs, NM 88241-1675
      (575) 393-1024
*Attorney for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.

By **  Electronically Submitted on 11/18/22 /s/ Bryan Evans**
      Bryan Evans
      Alyssa D. Rogers
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendants*