IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARY SAENZ, an individual,**

    **Plaintiff,**

v.                                                No. 2:21-cv-00687-MIS-KRS

**CITY OF LOVINGTON, a New Mexico municipality and political subdivision of the State of New Mexico; CEASAR JUAREZ, in his official and individual capacity; and MILES CROUCH, in his official and individual capacity,**

    **Defendants.**

## STIPULATED ORDER
## ON DEFENDANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE THEIR
## REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

THIS MATTER came before the Court upon Defendants' Unopposed Motion for Extension of Time [Doc. 74], up to and including May 10, 2023, in which to file their Reply in Support of Motion for Summary Judgment. The Court, having reviewed said Motion and, in particular, having noted that Plaintiff does not oppose the Motion, hereby finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants shall have up to and including May 10, 2023, in which to file their Reply in Support of Motion for Summary Judgment.

IT IS SO ORDERED.

                                              _____
                                              HONORABLE KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE

APPROVED:

ZEBAS LAW FIRM, PLLC


By  **Electronically Approved on 05/01/23 /s/ Joseph M. Zebas**
      Joseph M. Zebas
      P.O. Box 1675
      Hobbs, NM 88241-1675
      (575) 393-1024
*Attorneys for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By  **Electronically Submitted on 05/01/23 /s/ Bryan Evans**
      Bryan Evans
      Alyssa D. Rogers
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendants*